Tyler A. Brown (State Bar No. 121350)
Douglas G.A. Johnston (State Bar No. 268880)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mails: tyler.brown@jacksonlewis.com
         douglas.johnston@jacksonlewis.com

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KENIHAN,<br><br>        Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY, a corporation, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.<br><br>**DECLARATION OF NEAL A. MURPHY IN SUPPORT OF REMOVAL TO FEDERAL COURT**<br><br>**Fresno County Superior Court<br>No. 13 CE CG 03993**<br><br>Complaint Filed:  December 5, 2013<br>Trial Date:           Not Set |

I, Neal A. Murphy, declare as follows:

1. I have personal knowledge of the facts set forth below and, if called as a witness, can competently testify thereto.

2. I am Counsel for AETNA LIFE INSURANCE COMPANY ("Aetna") the Defendant in this action. In my capacity as Counsel, I am familiar with Aetna's organizational structure.

3. Aetna is a corporation incorporated under the laws of the State of Connecticut.

4. Plaintiff Michael Kenihan ("Plaintiff") was employed by Aetna Life Insurance Company, a wholly-owned subsidiary of Aetna that is incorporated under the laws of the State of Connecticut. Aetna's corporate headquarters are located at 151 Farmington Avenue, Hartford, Connecticut 06156. Aetna controls its nationwide operations from Hartford, Connecticut, where its President directs, controls and coordinates the corporation's activities. All nationwide

1

DECLARATION OF NEAL MURPHY
ISO DEFENDANT'S NOTICE OF REMOVAL                                           Case No.

administration functions and primary executive functions for Aetna operate out of the Hartford, Connecticut headquarters.

5. As of December 12, 2012, Plaintiff's annual salary was approximately $36,110.

6. Aetna was first served with a copy of the Complaint in this action by delivery of the Complaint upon its authorized agent for service of process in California on December 26, 2013. A true and correct copy of the Complaint served on Aetna is attached to the Notice of Removal as Exhibit A.

I declare under penalty of perjury under the laws of the United States and the State of Connecticut that the foregoing is true and correct. Executed this 24 day of January, 2014 at Hartford, Connecticut.

_____
Neal A. Murphy

4842-1916-1368, v. 2

DECLARATION OF NEAL MURPHY
ISO DEFENDANT'S NOTICE OF REMOVAL                                   Case No.