1  Mark S. Adams (State Bar No. 078706)
   John P. Briscoe (State Bar No. 273690)
2  MAYALL HURLEY P.C.
   2453 Grand Canal Blvd.
3  Stockton, CA 95207
   Telephone:  (209) 477-3833
4  Facsimile:   (209) 473-4818

5  Attorneys for Plaintiff
6  MICHAEL KENIHAN

7  Tyler A. Brown (State Bar No. 121350)
   Douglas G.A. Johnston (State Bar No. 268880)
8  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
9  San Francisco, California  94111-4615
   Telephone:  (415) 394-9400
10 Facsimile:  (415) 394-9401
   E-mails:  tyler.brown@jacksonlewis.com
11            douglas.johnston@jacksonlewis.com

12 Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY
13

14               UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16                     FRESNO DIVISION

17

18 MICHAEL KENIHAN,                    | Case No. 1:14 CV-00116-LJO-GSA

19          Plaintiff,                 | **STIPULATION FOR DISMISSAL AND ORDER DISMISSING ACTION WITH PREJUDICE**

20      v.

21 AETNA LIFE INSURANCE COMPANY, a     | COURTROOM:   #10 (6th Floor)
   corporation, and DOES 1-100, inclusive,
22                                     | Complaint Filed:    December 5, 2013
                                         Trial Date:          August 11, 2015
23          Defendants.

24

25

26

27

28

                              1

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MICHAEL

2  KENIHAN and Defendant AETNA LIFE INSURANCE COMPANY that, pursuant to Federal

3  Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with

4  prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its

5  own costs and attorneys' fees.

6
7  Date: October 8, 2014                    MAYALL HURLEY P.C.

8
9                              By:   /s/ Mark S. Adams
                                    Mark S. Adams
10                                   John P. Briscoe
                                    Attorneys for Plaintiff
11                                   MICHAEL KENIHAN

12  Date: October 8, 2014                    JACKSON LEWIS P.C.

13

14                             By:   /s/ Tyler A. Brown
                                    Tyler A. Brown
15                                   Douglas G.A. Johnston
                                    Attorneys for Defendant
16                                   AETNA LIFE INSURANCE COMPANY

17

18                                   **ORDER**

19        In light of the foregoing, the Court hereby dismisses this action with prejudice. The Clerk

20  of Court is directed to CLOSE THIS CASE.

21

22  IT IS SO ORDERED.

23
     Dated:   **October 8, 2014**              **/s/ Lawrence J. O'Neill**
24                                    UNITED STATES DISTRICT JUDGE

25

26

27

28

                                    2